**United States District Court**
**Middle District of Florida**
**Tampa Division**

**ETN Capital, LLC**
a North Carolina Limited
Liability Company

***Plaintiff,***

**v.** **CIVIL ACTION NO. 8:26-CV-02251**

**Shenzhen AOMOSUR Technology**
**Co., Ltd,** a China Company

***Defendant.***
_______________________________________/

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Xuesong Alex Yu, Esq. of Alex Yu, P.A. enters his appearance as the local counsel for Defendant Shenzhen AOMOSUR Technology Co., Ltd., and respectfully requests that all papers and pleadings filed herein be served upon him.

Dated: August 31, 2026

Respectfully,

*/S/ Xuesong Alex Yu*

Xuesong Alex Yu, Esq.
Florida Bar No.: 0023009
15255 Amberly Drive
Tampa, Florida 33647
Tel: 813-514-2885
ayu@alexyulaw.com
help@alexyulaw.com
Attorney for Defendant